**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LARA JACOBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:15-cv-02621-GLF-EPD |
| v. | ) |
| | ) |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lara Jacobson, and Defendant, Central Credit Services, LLC, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| By: /s/ David B. Levin | By: /s/ Robert G. Knirsch |
| Attorney for Plaintiff | Attorney for Defendant |
| Ohio Attorney No. 0059340 | Ohio Attorney No. 0080770 |
| Allen Chern Law LLC | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 79 W. Monroe Street, 5th Floor | 2647 Eaton Road |
| Chicago, IL 60603 | University Heights, OH 44118 |
| Phone: (312) 940-8163 | Phone: (216) 410-8739 |
| Fax: (866) 359-7478 | Fax: (216) 823-0524 |
| dlevin@uprightlaw.com | rgknirsch@sessions-law.biz |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 25, 2015, a copy of the foregoing Stipulation of Dismissal with Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                            /s/ David B. Levin
                                            Attorney for Plaintiff